# EXHIBIT F

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

ROB PARROTT,

        Plaintiff,

v.

DST SYSTEMS, INC.,

        Defendant.

Case No.: 4:21-mc-09012

## ORDER CONFIRMING ARBITRATION AWARD

Before this Court is Plaintiff Rob Parrott's ("Plaintiff") Motion to Confirm Arbitration Award and Memorandum in Support thereof (the "Motion"). Plaintiff seeks an order confirming arbitration awards dated November 5, 2020 and February 25, 2021.

The Court, having considered the Motion and applicable legal authority, hereby **GRANTS** Plaintiff's Motion and orders **JUDGMENT** for the reasons that follow:

This is an action to confirm an arbitration Award and for entry of judgment pursuant to the Federal Arbitration Act, 9 U.S.C. §1, et seq. The underlying arbitration arises from an Arbitration Agreement (the "Agreement") that was declared valid and enforceable by this Court in the matter captioned *DuCharme v. DST Systems, Inc.*, No. 4:17-cv-22-BCW, 2017 WL 7795123 (W.D. Mo. June 23, 2017).

Pursuant to the valid and applicable Agreement, the parties' dispute was submitted to the American Arbitration Association, assigned AAA Number 01-19-0001-9375, and submitted to Judge Robert Crowley. However, prior to a hearing on the merits, the parties settled their dispute except for the sole issue of Claimant's application for attorneys' fees and costs.

1

In his Order on Claimant's Application for Award of Attorneys' Fees and Costs, dated November 5, 2020, Judge Crowley entered an award for $18,113.08 in attorneys' fees and $2,126.43 in costs. Thereafter, on February 25, 2021, Judge Crowley ordered that DST to pay Claimant's counsel supplemental attorneys' fees in the amount of $4,287.50.

The Court finds that it has jurisdiction over this matter, personal jurisdiction over Defendant, and that the United States District Court for the District of Missouri is a proper venue for the confirmation of the arbitration awards.

The Federal Arbitration Act, 9 U.S.C § 9, requires a court to confirm an arbitration award "unless the award is vacated, modified, or corrected as prescribed in sections 10 and 11" of the FAA. 9 U.S.C § 9. Here, Defendant has indicated no opposition to confirmation of the arbitration awards. Therefore, as a matter of law, Plaintiff is entitled to confirmation of the arbitration awards entered by Judge Crowley on November 5, 2020 and February 25, 2021.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the arbitration awards dated November 5, 2020 and February 25, 2021 are **CONFIRMED** in their entirety.

The Court having granted Plaintiff's Motion issues **JUDGMENT** as follows:

a.   In favor of Plaintiff and against Defendant DST Systems, Inc., for the award of attorneys' fees in the amount of $22,400.58 and costs in the amount of $2,126.43, plus applicable postjudgment interest at the rate set forth in 28 U.S.C. § 1961;

b.   Each party shall bear its own costs in this action.

The clerk of this Court shall forthwith enter this judgment in the records of the Court.

s/ Nanette K. Laughrey<br>
NANETTE K. LAUGHREY<br>
United States District Judge

Dated:  April 5, 2021
Jefferson City, Missouri