# EXHIBIT G

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K GARRISON (1946-1991)
RANDOLPH E PAUL (1946 1956)
SIMON H RIFKIND (1950 1995)
LOUIS S WEISS (1927 1950)
JOHN F WHARTON (1927 1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3215

WRITER'S DIRECT FACSIMILE
(212) 492-0215

WRITER'S DIRECT E MAIL ADDRESS
lclayton@paulweiss.com

UNIT 5201 FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT BEIJING 100020 CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING 12TH FLOOR
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU UNITED KINGDOM
TELEPHONE 44 20 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2 CHOME
CHIYODA KU TOKYO 100-0011 JAPAN
TELEPHONE 81-3 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST SUITE 3100
PO BOX 226
TORONTO ONTARIO M5K 1J3
TELEPHONE (416) 504 0520

2001 K STREET NW
WASHINGTON DC 20006-1047
TELEPHONE (202) 223 7300

500 DELAWARE AVENUE SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W ABBOTT
EDWARD T ACKERMAN
JACOB A ADLERSTEIN
JUSTIN ANDERSON
ALLAN J ARFFA
ROBERT A ATKINS
DAVID J BALL
SCOTT A BARSHAY
PAUL M BASTA
JOHN F BAUGHMAN
J STEVEN BAUGHMAN
LYNN B BAYARD
CRAIG A BENSON
MITCHELL L BERG
MARK S BERGMAN
DAVID M BERNICK
JOSEPH J BIAL
BRUCE BIRENBOIM
H CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W BROWN
SUSANNA M BUERGEL
PATRICK S CAMPBELL*
JESSICA S CAREY
DAVID CARMONA
GEOFFREY R CHEPIGA
ELLEN N CHING
WILLIAM A CLAREMAN
LEWIS R CLAYTON
YAHONNES CLEARY
JAY COHEN
KELLEY A CORNISH
CHRISTOPHER J CUMMINGS
THOMAS V DE LA BASTIDE III
ARIEL J DECKELBAUM
ALICE BELISLE EATON
ANDREW J EHRLICH
GREGORY A EZRING
ROSS A FIELDSTON
BRAD J FINKELSTEIN
BRIAN P FINNEGAN
ROBERTO FINZI
PETER E FISCH
HARRIS FISCHMAN
MARTIN FLUMENBAUM
ANDREW J FOLEY
ANDREW J FORMAN*
HARRIS B FREIDUS
CHRISTOPHER D FREY
MANUEL S FREY
ANDREW L GAINES
KENNETH A GALLO
MICHAEL E GERTZMAN
ADAM M GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B GOLDSTEIN
ROBERTO J GONZALEZ*
CATHERINE L GOODALL
ERIC GOODISON
CHARLES H GOOGE JR
ANDREW G GORDON
BRIAN S GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A GUTENPLAN
ALAN S HALPERIN
CLAUDIA HAMMERMAN
BRIAN S HERMANN
MICHELE HIRSHMAN
DAVID S HUNTINGTON
AMRAN HUSSEIN
LORETTA A IPPOLITO
JAREN JANGHORBANI
BRIAN M JANSON
JEH C JOHNSON
MEREDITH J KANE
JONATHAN S KANTER
BRAD S KARP

PATRICK N KARSNITZ
JOHN C KENNEDY
BRIAN KIM
KYLE J KIMPLER
ALAN W KORNBERG
DANIEL J KRAMER
DAVID K LAKHDHIR
JOHN E LANGE
GREGORY F LAUFER
BRIAN C LAVIN
XIAOYU GREG LIU
LORETTA E LYNCH
JEFFREY D MARELL
MARCO V MASOTTI
DAVID W MAYO
ELIZABETH R MCCOLM
JEAN M MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B O BRIEN
ALEX YOUNG K OH
BRAD R OKUN
KELLEY D PARKER
LINDSAY B PARKS
VALERIE E RADWANER
JEFFREY J RECHER
CARL L REISNER
LORIN L REISNER
JEANNIE S RHEE*
WALTER G RICCIARDI
WALTER RIEMAN
RICHARD A ROSEN
ANDREW N ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P RUBIN
CHARLES F RICH RULE~
RAPHAEL M RUSSO
ELIZABETH M SACKSTEDER
JEFFREY D SAFERSTEIN
JEFFREY B SAMUELS
TERRY E SCHIMEK
KENNETH M SCHNEIDER
ROBERT B SCHUMER
JOHN M SCOTT
BRIAN SCRIVANI
KANNON K SHANMUGAM*
DAVID R SICULAR
AUDRA J SOLOWAY
SCOTT M SONTAG
SARAH STASNY
TARUN M STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
RICHARD C TARLOWE
MONICA K THURMOND
DANIEL J TOAL
CONRAD VAN LOGGERENBERG
LIZA M VELAZQUEZ
MICHAEL VOGEL
RAMY J WAHBEH
LAWRENCE G WEE
THEODORE V WELLS JR
LINDSEY L WIERSMA
STEVEN J WILLIAMS
LAWRENCE I WITDORCHIC
MARK B WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H WU
BETTY YAP*
JORDAN E YARETT
KAYE N YOSHINO
TONG YU
TRACEY A ZACCONE
TAURIE M ZEITZER
T ROBERT ZOCHOWSKI JR

NOT ADMITTED TO THE NEW YORK BAR

August 12, 2019

**By Email**

Amie Chale, Manager of ADR Services
American Arbitration Association
45 E. River Park Place West, Suite 308
Fresno, CA 93720

   Re: *In re DST Systems, Inc. 401(k) Profit Sharing Plan*

Dear Ms. Chale:

   We represent DST Systems, Inc. ("DST") and certain related entities associated with DST's 401(k) Profit Sharing Plan (collectively, the "DST Respondents"). As you are aware, DST has filed joint arbitration submissions for 315 individual claimants relating to a challenged investment made by the Plan's investment manager, Ruane, Cunniff & Goldfarb ("Ruane"), in Valeant Pharmaceuticals. We write pursuant to AAA Employment Arbitration Rule 7—which allows an AAA representative to address "administrative aspects" of arbitration—and respectfully request a stay of any further activity, including selection of arbitrators and payment of fees, with respect to any pending or served arbitration demands in this matter.

   A stay is warranted because the United States Court of Appeals for the Second Circuit is considering an appeal that may well determine whether Ruane, currently

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

a co-respondent, remains subject to these arbitration proceedings—the outcome of which may significantly affect the administration of these arbitrations. *See Cooper* v. *Ruane, Cunniff & Goldfarb Inc.*, No. 17-2805 (2d. Cir.). In particular, *Cooper* involves a challenge by beneficiaries of DST's 401(k) Profit Sharing Plan—like the arbitration claimants here—as to whether arbitration agreements between DST and those beneficiaries encompass the beneficiaries' claims against Ruane. The *Cooper* appeal is fully briefed and was argued in February 2019. We therefore expect a decision will be issued by the Second Circuit in the near future.

The parties' arbitration agreements provide that disputes about enforceability of arbitration agreements such as the *Cooper* appeal must be decided by the courts, and a stay of arbitration proceedings is therefore necessary to give effect to the parties' agreements. The arbitration agreements require that "[a]ny dispute regarding the enforceability of this [arbitration agreement] . . . ***shall be determined by the courts*** and not by the Arbitrator." To permit the arbitrations to proceed while a federal Court of Appeals considers significant questions about the enforceability of the parties' arbitration agreements would therefore undermine the parties' contractual commitment that questions of enforceability must be resolved by the courts. As such, the AAA should honor the parties' agreement concerning this issue and stay the arbitrations pending the resolution of the issues raised by the *Cooper* appeal.

Moreover, efficiency and fairness considerations likewise warrant a stay of arbitration proceedings. The Second Circuit's determination of whether Ruane is covered by the arbitration agreement will necessarily impact, among other things, Ruane's involvement in the arbitrator strike process, the scheduling for conferences and preliminary hearings, and the manner in which the parties prepare their cases for hearing. Thus, in order to maintain the integrity of the arbitration process, any uncertainty regarding Ruane's involvement should be resolved before the arbitration process proceeds.

\*   \*   \*

The DST Respondents therefore respectfully request that the AAA exercise its administrative authority to stay further proceedings on any pending or served arbitration demands pending the resolution of the issues raised by the *Cooper* appeal before the Second Circuit. We have discussed these issues in good faith with opposing counsel, but were unable to reach an agreement.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

        As the AAA is aware, the parties recently concluded a two-day mediation session, but were unable to reach an agreement to resolve these matters. The DST Respondents are therefore prepared to recommence the arbitrations, although the DST Respondents believe they now should be stayed for the reasons set forth above. The DST Respondents likewise intend to submit to AAA new arbitration demands that have not yet been filed. The DST Respondents are in the process of gathering the information necessary to do so, and expect to be in a position to submit those demands shortly.

        Respectfully,

        Lewis R. Clayton